IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE ADOLOR CORPORATION<br>SECURITIES LITIGATION | :<br>:<br>: | CIVIL ACTION NO. 04-1728 |

**ORDER**

AND NOW, this __8th__ day of May, 2009, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint in Its Entirety (Doc. No. 42), and all documents filed in support thereof and in opposition thereto, it is hereby ORDERED as follows:

(1) The Motion is GRANTED; and

(2) The Amended Complaint for Violations of the Securities Laws (Doc. No. 40) is DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

_/s/ C. Syhh_

_____
R. Barclay Surrick, Judge